UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY DEAN,<br><br>Petitioner,<br><br>v.<br><br>ST. ANDRES,<br><br>Respondent. | Case No. 2:25-cv-0065-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed *in forma pauperis*.

The application attacks a conviction issued by the Riverside County Superior Court. ECF No. 1 at 1, 15. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Riverside County. *Id.* at 499 n.15; 28 U.S.C. § 2241(d). Additionally, transfer would be consistent with a previous decision in this district, transferring another of petitioner's habeas cases to the Central District of California. *See Dean v. Unknown*, No. 2:24-cv-1173-CKD at ECF No. 6.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Central District of

1

California.

IT IS SO ORDERED.

Dated:    April 28, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE